(Post 11/2015)

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 17 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

JAMES W. McCORMACK, CLERK
By: 
                    DEP CLERK

Linda Grays
500 North Main Street
Dermott, AR 71638
(Name of plaintiff or plaintiffs)

v.   CIVIL ACTION NO. 2:21-cv-00064-DPM
     (case number to be supplied by the assignment clerk)

CLEARWATER PAPER CORPORATION
5082 Highway 4 North
Arkansas City, AR 71630
(Name of defendant or defendants)

### COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff, Linda Grays (name of plaintiff), is a citizen of the United States and resides at 500 North Main Street (street address), Dermott (city), Chicot (county), Arkansas (state), 71638 (ZIP) 870-818-7406 (telephone).

3. Defendant, CLEARWATER PAPER CORPORATION (name of defendant), lives at, or its business is located at 5082 Highway 4 North (street address), Arkansas City (city), Desha (county), Arkansas (state), 71630 (ZIP).

4. Plaintiff sought employment from the defendant or was employed by the

This case assigned to District Judge MARSHALL
and to Magistrate Judge HARRIS

defendant at __5082 HighwAy 4 North, ArkAnsAs City__,
(street address) (city)
__DeshA__, __ArKANSAS__, __71630__.
(county) (state) (ZIP)

5. Defendant discriminated against plaintiff in the manner indicated in paragraphs 9 and 10 of the complaint on or about __October__ __2__ __2020__.
(month) (day) (year)

6. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraphs 9 and 10 of this complaint on or about __February 23__ __2021__.
(month) (day) (year)

7. The Equal Employment Opportunity Commission issued a Notice of Right to Sue which was received by plaintiff on __March__ __24__ __2021__, a copy of which notice
(month) (day) (year)
is attached to this complaint.

8. Because of plaintiff's (1) __✓__ race, (2) _____ color, (3) __✓__ sex, (4) _____ religion, (5) _____ national origin, defendant:

    (a) _____ failed to employ plaintiff.

    (b) __✓__ terminated plaintiff's employment.

    (c) _____ failed to promote plaintiff.

    (d) _____

_____

_____

_____

9. The circumstances under which the defendant discriminated against plaintiff were

as follows: *Retaliation for a 2017 report regarding pay, in violation of Title VII of the Civil Rights Acts of 1964. Also, Verbal Abuse and almost physical assaulted by male employee; had witness not been there to intervene and physically restrain him. during this violent attack by the male employee I picked up my phone, company radio and a knife thats been out in the open for over 20 years, (self preservation) over 20 feet apart. I was terminated 10-2-2020, the aggressor was only reprimanded.*

10. The acts set forth in paragraph 9 of this complaint:

   (a) __✓__ are still being committed by defendant.

   (b) _____ are no longer being committed by defendant.

   (c) _____ may still be being committed by defendant.

11. Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission which charges are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

   (a) _____ Defendant be directed to employ plaintiff, and

   (b) __✓__ Defendant be directed to re-employ plaintiff, and

   (c) _____ Defendant be directed to promote plaintiff, and

   (d) _____ Defendant be directed to _____

and that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

*Linda Grays*
SIGNATURE OF PLAINTIFF

EEOC Form 161 (11/2020)      **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Linda Grays<br>500 North Main Street<br>Dermott, AR 71638 | From: | Little Rock Area Office<br>820 Louisiana<br>Suite 200<br>Little Rock, AR 72201 |
|---|---|---|---|

[ ]    *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 493-2021-00778 | Margie Myers, Investigator | (501) 324-6214 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]    The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]    Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]    The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]    Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]    The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

[ ]    The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]    Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice;** or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____      3/22/2021

Enclosures(s)      **William A. Cash, Jr.,**      *(Date Issued)*
     **Area Office Director**

cc:    Rosario Garrido-Calloway<br>
HR Manager<br>
**CLEARWATER PAPER CORPORATION**<br>
Po Box 727<br>
Mcgehee, AR 71654

*Received 3-24-2021*

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 493-2021-00778 |

_____ and EEOC
State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Linda Grays | | 1963 |

Street Address: 500 North Main Street, Dermott, AR 71638
City, State and ZIP Code: MAR 18 2021

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| CLEARWATER PAPER CORPORATION | Unknown | (870) 730-2300 |

Street Address: 5082 Hwy 4 North, Arkansas City, AR 71630

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 09-15-2020   Latest: 10-02-2020
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired on March 7, 1988. On September 14, 2020, I had an altercation with a Coworker. During the altercation, I picked up a knife. On September 14, 2020, I was placed on suspension. I was discharged on October 2, 2020.

I believe I was placed on suspension and discharged because of my race, African American; sex, female; and in retaliation for a 2017, report regarding pay, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

X 3-8-21    /s/ Linda Grays
Date         Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)