# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

LINDA GRAYS                                                    PLAINTIFF

v.                          No. 2:21-cv-64-DPM

CLEARWATER PAPER
CORPORATION                                                    DEFENDANT

## ORDER

Grays has paid the filing fee. *Doc. 1.* The next issue is service of process. The Clerk must issue summons and provide it and a copy of the complaint to the U.S. Marshal. The Court directs the Marshal to serve process, without prepayment of fees, by certified mail, restricted delivery, return receipt requested.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 June 2021