# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

LINDA GRAYS                                                                PLAINTIFF

v.                                   No. 2:21-cv-64-DPM

CLEARWATER PAPER CORPORATION                          DEFENDANT

## JUDGMENT

Grays' complaint is dismissed with prejudice.


_____
D.P. Marshall Jr.
United States District Judge

29 March 2022